

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00894-CR

The **STATE** of Texas,
Appellant

v.

Carlos Navil **RODRIGUEZ BENEGAS**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13994CR
Honorable Dennis Powell, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order granting Carlos Navil Rodriguez Benegas habeas relief and dismissing his criminal case with prejudice is AFFIRMED.

SIGNED July 17, 2024.

_____
Irene Rios, Justice